1  FAYER GIPSON LLP
   A Limited Liability Partnership
2  ELLIOT B. GIPSON (State Bar No. 234020)
   EGipson@fayergipson.com
3  GREGORY A. FAYER (State Bar No. 232303)
   GFayer@fayergipson.com
4  MINH Z. KUO (State Bar No. 287489)
   2029 Century Park East, Suite 3535
5  Los Angeles, California 90067
   Telephone: (310) 557-3558
6  Facsimile:  (310) 557-3589

7  Attorneys for Plaintiff
   WORLD GYM INTERNATIONAL IP, LLC,
8  A Delaware limited liability company



9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  WORLD   GYM   INTERNATIONAL   IP,      CASE NO.
    LLC,   a   Delaware   Limited   Liability   CV13-00282 RSWL (AGRx)
14  Company

15                                          COMPLAINT FOR TRADEMARK
                       Plaintiff,           INFRINGEMENT 15 U.S.C. §
16                                          1114(1)(A);FALSE DESIGNATION
    v.                                      OF ORIGIN (15 U.S.C. § 1125(A));
                                            AND TRADEMARK DILUTION (15
17  MUSCLE WORLD GYM-FOREST                 U.S.C. § 1125(C))
    PARK, GA., LLC, a Georgia Limited
18  Liability Company; ELISA REECE, a       DEMAND FOR JURY TRIAL
    Natural Person; and DOES 1-10, inclusive,
19
                    Defendants.
20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────
                    **COMPLAINT**

Plaintiff World Gym International IP, LLC ("Plaintiff" or "World Gym"), by and through its undersigned counsel alleges, on information and belief, as follows:

## NATURE OF THE ACTION

1.      This is an action for trademark infringement, false designation of origin and trademark dilution in violation of the Lanham Act, 15 U.S.C. § 1051 et seq.; section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a); and section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(c).  Plaintiff seeks permanent injunctive relief, damages, attorneys' fees, and treble damages arising from Defendant Muscle World Gym-Forest Park, Ga., LLC's ("Muscle World Gym FP") and Defendant Elisa Reece's ("Reece") (collectively, "Defendants") willful, unlawful, intentional, unfair and misleading conduct and unjust enrichment.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1114, 1116, 1121, 1125(a), 1125(b) and 28 U.S.C. §§ 1338.  As stated in the paragraphs below, for the purposes of diversity, Plaintiff is a resident of California and Defendants are residents of Georgia.  The amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

3.      This  Court  has  personal  jurisdiction  over  Defendants,  because Defendants committed intentional acts expressly aimed at Plaintiff, a forum resident, while knowing that the effects of such acts would damage Plaintiff in the Central District of California.

4.      Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391(b)(2).

## THE PARTIES

5.      Plaintiff is a Delaware limited liability company with its headquarters in Los Angeles, California.  As relevant here, Plaintiff is a domicile of Los Angeles, California.

6.      Defendant Muscle World Gym FP is a Georgia limited liability company.

**COMPLAINT**

FAYER GIPSON LLP
A Limited Liability Partnership

1   At all times relevant here, Defendant Muscle World Gym FP has used the name
2   MUSCLE WORLD GYM in connection with the advertising, marketing and operation
3   of its gym and health and fitness goods and services.

4         7.     Defendant Reece is a natural person.   At all times relevant here,
5   Defendant Reece has used the name MUSCLE WORLD GYM in connection with the
6   advertising, marketing and operation of her gym and health and fitness goods and
7   services.

8         8.     The true names and capacities, whether individual, corporate, associate or
9   otherwise, of Defendants sued herein as Does 1 through 10, inclusive, are unknown at
10   the present time and Plaintiff therefore sues said Does and each of them by such
11   fictitious names.  If necessary, Plaintiff will seek leave of the Court to amend this
12   complaint to allege their true names and capacities when they are ascertained.

13         9.     Unless otherwise indicated herein, on information and belief, each of
14   Does 1 through 10, inclusive, participated in the activities described herein and
15   rendered material assistance to the other Defendants in the actions alleged herein,
16   conspired and agreed with and aided and abetted one or more of the other Defendants,
17   and at all relevant times each of the Defendants was the principal or agent, alter ego,
18   partner, joint venturer, co-venturer, co-conspirator, independent contractor, servant
19   and/or employee of at least one other of the other Defendants, and all of the acts
20   performed by them or omissions alleged herein were made in the course and scope of
21   their employment, agency, partnership, joint venture, conspiracy or other such
22   relationship and with knowledge, consent, approval and/or ratification of the
23   principals, and each of them.  Unless otherwise indicated herein, each of the parties
24   herein named as Does 1 through 10 is responsible in some manner or fashion, and is
25   by contract or otherwise, the successor, assign, joint venturer, co-venturer, co-
26   conspirator, partner or alter ego of one or more of the Defendants, or was otherwise
27   involved with the other Defendants in the wrongdoing alleged herein, and by virtue of
28   such capacity, assumed the obligations herein owed by Defendants, and is liable and

FAYER GIPSON LLP
A Limited Liability Partnership

1    responsible for the damages on the facts alleged herein and for all the relief sought.

2        10.    Unless otherwise indicated herein, on information and belief, there has

3    existed at all relevant times a unity of interest and ownership between each of the

4    Does 1 through 10 named herein, and at least one or more of the Defendants, such that

5    any individuality and separateness between them has ceased and each is the "alter

6    ego" of the other, and that adherence to the fiction of the separate existence of each

7    Doe Defendant as an entity or individual distinct from one or more of the Defendants

8    would therefore permit an abuse of the corporate privilege and would sanction fraud

9    and promote injustice.

10       11.    Unless otherwise indicated herein, on information and belief, there has

11   existed at all relevant times a joint venture between each of the Does 1 through 10

12   named herein, and at least one or more of the Defendants, such that each of the Does 1

13   through 10 and at least one or more of the Defendants shared a common business

14   interest, shared control, profits and losses arising from such common business

15   interests, and therefore are liable and responsible for the damages on the facts alleged

16   herein and for all relief sought.

17                            **GENERAL ALLEGATIONS**

18       12.    World Gym is a health and fitness brand known worldwide.  The World

19   Gym brand was founded in Santa Monica, California by legendary body builder Joe

20   Gold in 1976.  Consumers and body builders throughout the United States and the

21   world associate the World Gym brand with its origins in the bodybuilding scene in

22   Muscle Beach in Southern California.  World Gym has been prominently featured in

23   popular culture, such as when Arnold Schwarzenegger's character in the major motion

24   picture *Running Man* wore a t-shirt emblazoned with the mark WORLD GYM in the

25   beginning of the film.  Moreover, the World Gym brand has accumulated great value

26   and name recognition through its continuous presence in the health and fitness

27   marketplace in the United States for more than thirty years.

28       13. Plaintiff is the owner of the trademarks associated with World Gym in the

FAYER GIPSON LLP
A Limited Liability Partnership

1    United States and the world.  Plaintiff licenses the World Gym marks to World Gym

2    International, LLC, who in turn sub-licenses the marks to franchisees across the

3    United States and throughout the world.   As the owner of these valuable marks,

4    World Gym takes active steps to police their use.

5         14.  Plaintiff owns U.S. trademark registrations for the marks WORLD and

6    WORLD GYM in international classes 25 and 41, including registration nos.

7    1354193, 1783000, 1791584, 1911887, 2268311, and 2499267 (collectively, the

8    "WORLD Marks").  The registration certificates for registration nos. 1354193,

9    1783000, 1791584, 1911887, 2268311, and 2499267  are attached as Exhibits A, B,

10   C, D, E, and F respectively.  These marks have been continually used in commerce on

11   the goods and services indicated in their respective registrations since the dates

12   indicated in their respective registrations.

13        15.  The forgoing registrations, as well as others, were assigned to Plaintiff on

14   or about December 31, 2008.  The assignment was recorded with the United States

15   Patent and Trademark Office (the "USPTO").  This assignment is attached as Exhibit

16   G.

17        16.  Defendants use the mark MUSCLE WORLD GYM in commerce in

18   connection with their gym, health and fitness services in the United States.

19   Defendants Reece and Muscle World Gym FP use the mark MUSCLE WORLD

20   GYM prominently on Muscle World Gym FP's website

21   http://www.muscleworldgyms.com/.  A picture of Muscle World Gym FP's website is

22   attached as Exhibit H.  Defendants have used the mark MUSCLE WORLD GYM in

23   commerce in association with their gym, health and fitness services from at least June

24   2010 through the present.

25        17.In addition, Defendants advertise and market their gym, health and fitness

26   services over the internet, including through Facebook and YouTube.

27        18.Plaintiff's U.S. trademark registration nos. 1354193, 1783000, 1791584,

28   1911887, 2268311, and 2499267 were all registered with the USPTO prior to

FAYER GIPSON LLP
A Limited Liability Partnership

4
**COMPLAINT**

1  Defendants' use of the mark MUSCLE WORLD GYM in connection with gym,

2  health and fitness goods and services.

3      19.  Plaintiff has authorized licensees of the WORLD Marks throughout the

4  United States and the World.  These licensees sell gym, health and fitness goods and

5  services utilizing the WORLD Marks.  Plaintiff has four (4) authorized World Gym

6  licensees operating gyms in Georgia.  Defendants are direct competitors with Plaintiff

7  with respect to gym, health and fitness goods and services.

8      20.  Defendants knew of the World Gym brand and Plaintiff's location in the

9  Central District of California prior to commencing their use of the infringing mark

10  MUSCLE WORLD GYM.  Defendants knew that Plaintiff would be damaged in the

11  Central District at the time they began to use the MUSCLE WORLD GYM mark.

12      21.  Defendants deliberately chose to use the mark MUSCLE WORLD GYM

13  in an attempt to mislead and confuse consumers into believing that Defendants' gym

14  was associated with the World Gym, the World Gym brand, and WORLD Marks.

15      22.  Plaintiff first became aware of Defendants' use of the mark MUSCLE

16  WORLD GYM in connection with gym services on or about June 2012.

17      23.  Plaintiff, through its affiliate, sent Defendants a cease and desist letter on or

18  about June 29, 2012.  Plaintiff and Defendants subsequently corresponded regarding

19  Defendants' cessation of using the MUSCLE WORLD GYM mark in connection with

20  their gym, health and fitness goods and services.

21      24.  Defendants continued to use the mark MUSCLE WORLD GYM in

22  connection with gym, health and fitness goods and services thereafter, knowing that

23  Plaintiff resided in and would be damaged in the Central District of California.

24      25.  Defendants never responded to Plaintiff's June 29, 2012 letter.

25      26.  Plaintiff has been damaged in the Central District of California by

26  Defendants' use of the WORLD marks and will continue to be damaged in the Central

27  District of California by Defendants' use of the WORLD marks until such time as

28  Defendants' use of the WORLD marks permanently ceases.

FAYER GIPSON LLP
A Limited Liability Partnership

FAYER GIPSON LLP
A Limited Liability Partnership

1

**FIRST CLAIM FOR RELIEF**

2

**TRADEMARK INFRINGEMENT PURSUANT TO 15 U.S.C. 1114(1)(A)**

3

**[Against All Defendants]**

4   27.  Plaintiff repeats and realleges the allegations made in paragraphs 1 through

5   30 as if fully set forth herein.

6   28.  The WORLD Marks are of great value in the United States and throughout

7   the world.  They have become highly distinctive and are associated with Plaintiff's

8   goods and services.

9   29.     Defendants' use of the mark MUSCLE WORLD GYM in connection

10   with the selling and providing of its gym and fitness products and services is

11   unauthorized by Plaintiff.

12   30.  Defendants' use of the mark MUSCLE WORLD GYM is likely to cause

13   consumer confusion, or to cause mistake and/or deceive consumers as to the

14   affiliation, connection, or association of Defendants and Defendants' gym and fitness

15   services with Plaintiff and Plaintiff's gym and fitness services.

16   31.     Defendants used the MUSCLE WORLD GYM mark with the

17   knowledge of Plaintiff's rights to the registered WORLD Marks.

18   32.  Defendants used the MUSCLE WORLD GYM mark in bad faith with the

19   intent to cause consumer confusion, mistake and/or deception.

20   33.  Plaintiff has no control over the quality of the goods and services that

21   Defendants provide in association with the MUSCLE WORLD GYM mark.

22   34.  Plaintiff has suffered, and will continue to suffer, damages as a result of

23   Defendants' conduct.

24   35.  Plaintiff has no adequate remedy at law for the damages it is suffering as a

25   result of Defendants' conduct.

26   //

27   //

28   //

**COMPLAINT**

FAYER GIPSON LLP
A Limited Liability Partnership

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SECOND CLAIM FOR RELIEF

## FALSE DESIGNATION OF ORIGIN PURSUANT TO 15 U.S.C. 1125(a)

### [Against All Defendants]

36.  Plaintiff repeats and realleges the allegations made in paragraphs 1 through 39 as if fully set forth herein.

37.     Defendants' use of the mark MUSCLE WORLD GYM in connection with the selling and providing of its gym and fitness services is likely to cause consumer confusion, or to cause mistake and/or deceive consumers as to the affiliation, connection, or association of Defendants and Defendants' gym and fitness services with Plaintiff and Plaintiff's gym and fitness services.

38.     Defendants used the MUSCLE WORLD GYM mark with the knowledge of Plaintiff's rights to the registered WORLD Marks.

39.  Defendants used the MUSCLE WORLD GYM mark in bad faith with the intent to cause consumer confusion, mistake and/or deception.

40.  Plaintiff has suffered, and will continue to suffer, damages as a result of Defendants' conduct.

41.   Plaintiff has no adequate remedy at law for the damages it is suffering as a result of Defendants' conduct.

## THIRD CLAIM FOR RELIEF

## TRADEMARK DILUTION PURSUANT TO 15 U.S.C. 1125(c)

### [Against All Defendants]

42.  Plaintiff repeats and realleges the allegations made in paragraphs 1 through 45 as if fully set forth herein.

43.  Plaintiff's registered WORLD Marks are famous.  Plaintiff's registered WORLD Marks became famous prior to Defendants' use of the mark MUSCLE WORLD GYM.

44.  Defendants' use of the mark MUSCLE WORLD GYM in connection with the selling and providing of its gym and fitness services is likely to cause consumer

7

**COMPLAINT**

1   confusion, or to cause mistake and/or deceive consumers as to the affiliation,

2   connection, or association of Defendants and Defendants' gym and fitness services

3   with Plaintiff and Plaintiff's gym and fitness services.

4       45.  Defendants' use of the mark MUSCLE WORLD GYM dilutes Plaintiff's

5   registered WORLD Marks by blurring the distinction of Plaintiff's marks for gym and

6   fitness services with Defendants' use of the MUSCLE WORLD GYM mark for gym

7   and fitness goods and services.

8       46.  Plaintiff has suffered, and will continue to suffer, damages as a result of

9   Defendants' conduct.

10      47.  Plaintiff has no adequate remedy at law for the damages it is suffering as a

11   result of Defendants' conduct.

12

13                          **PRAYER FOR RELIEF**

14       WHEREFORE, Plaintiff respectfully requests that the Court enter judgment

15   against Defendants as follows:

16       A.      For permanent injunctive relief preventing Defendants, along with their

17   assignees, transferees, employees, agents, owners and representatives, and all other

18   persons, firms or entities acting in concert or participation with them, from using the

19   mark MUSCLE WORLD GYM or any derivation thereof utilizing the mark WORLD

20   in connection with gym, health and fitness center goods and services, in any manner,

21   including but not limited to preventing them from:

22                   i. Using, displaying, advertising, or promoting the MUSCLE

23                      WORLD GYM and WORLD marks in connection with any gym,

24                      health or fitness services;

25                   ii. Using, displaying, advertising, or promoting the MUSCLE

26                      WORLD GYM and WORLD marks in connection with any goods

27                      or services related to gym, health and fitness services, including

28                      without limitation gym or fitness clothing, equipment, and/or

FAYER GIPSON LLP
A Limited Liability Partnership

8

**COMPLAINT**

iii.  Assisting any other person or entity from engaging in the conduct described in subparagraphs (i) and (ii) above.

B.    For an award of damages caused by Defendants' unlawful conduct in an amount to be ascertained at trial;

C.    For an award of Defendants' profits stemming from their unlawful conduct in an amount to be ascertained at trial;

D.    For treble damages pursuant to the Lanham Act;

E.    For prejudgment interest;

F.    For Plaintiff's attorneys' fees pursuant to the Lanham Act or in the alternative, pursuant to Cal. Bus. & Prof. Code §§ 17200 et seq.;

G.    For costs of suit incurred in this action; and

H.    For such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.


DATED: January 14, 2012

FAYER GIPSON LLP
A Limited Liabiity Partnership
ELLIOT B. GIPSON
GREGORY A. FAYER
MINH Z. KUO


By _____
ELLIOT B. GIPSON
Attorneys for Plaintiff

# **EXHIBIT A**

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,354,193
Registered Aug. 13, 1985

## TRADEMARK
### PRINCIPAL REGISTER



GOLD, JOE (UNITED STATES CITIZEN), DBA
  WORLD GYM
2210 MAIN STREET
SANTA MONICA, CA 90405

  FOR: GYM CLOTHING, IN CLASS 25 (U.S.
CL. 39).
  FIRST USE 8–1–1977; IN COMMERCE
8–1–1977.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GYM", APART FROM THE
MARK AS SHOWN.

SER. NO. 456,674, FILED 12–12–1983.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

# EXHIBIT B

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,783,000

**United States Patent and Trademark Office** Registered July 20, 1993

## SERVICE MARK
### PRINCIPAL REGISTER



WORLD GYM LICENSING, LTD. (CALIFOR-
NIA CORPORATION)
2210 MAIN STREET
SANTA MONICA, CA 90405

FOR: GYMNASIUM SERVICES; CONDUCT-
ING BODYBUILDING EXHIBITIONS AND
CONTESTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8–1–1977; IN COMMERCE
8–1–1977.

OWNER OF U.S. REG. NOS. 1,354,319 AND
1,739,940.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GYM", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–320,861, FILED 10–8–1992.

GLENN CLARK, EXAMINING ATTORNEY

# **EXHIBIT C**

Int. Cls.: 16 and 41

Prior U.S. Cls.: 38 and 107

Reg. No. 1,791,584

## United States Patent and Trademark Office

Registered Sep. 7, 1993

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## WORLD GYM

WORLD GYM LICENSING, LTD. (CALIFOR-
NIA CORPORATION)
2210 MAIN STREET
SANTA MONICA, CA 90405

FOR: PRINTED PUBLICATIONS; NAMELY,
MAGAZINES AND INFORMATIONAL BRO-
CHURES PERTAINING TO BODYBUILDING,
HEALTH AND NUTRITION AND GYMNASI-
UM PRODUCTS AND SERVICES; POSTERS;
DECORATIVE ADHESIVE STICKERS , IN
CLASS 16 (U.S. CL. 38).
FIRST USE 8-1-1977; IN COMMERCE
8-1-1977.

FOR: GYMNASIUM SERVICES; CONDUCT-
ING BODYBUILDING EXHIBITIONS AND
CONTESTS, IN CLASS 41 (U.S. CL. 107).
FIRST USE 8-1-1977; IN COMMERCE
8-1-1977.
OWNER OF U.S. REG. NOS. 1,354,319 AND
1,739,940.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GYM". APART FROM THE
MARK AS SHOWN.

SER. NO. 74-320,894, FILED 10-8-1992.

GLENN CLARK, EXAMINING ATTORNEY

**EXHIBIT D**

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,911,887

## United States Patent and Trademark Office

Registered Aug. 15, 1995

### SERVICE MARK
### PRINCIPAL REGISTER

## WORLD

WORLD GYM LICENSING, LTD. (CALIFOR-
NIA CORPORATION)
2210 MAIN STREET
SANTA MONICA, CA 90405

FOR: FITNESS CENTER SERVICES, CON-
DUCTING SEMINARS ON FITNESS AND PRO-
VIDING PERSONAL INSTRUCTIONS ON EX-
ERCISE AND PHYSICAL FITNESS BY
MANNER OF INDIVIDUALIZED COURSES,
GYMNASIUM SERVICES, CONDUCTING BO-
DYBUILDING EXHIBITIONS AND CONTESTS
, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8–1–1977; IN COMMERCE
8–1–1977.

OWNER OF U.S. REG. NOS. 1,354,193,
1,738,000, AND 1,791,584.

SER. NO. 74–538,249, FILED 6–15–1994.

G. T. GLYNN, EXAMINING ATTORNEY

# **EXHIBIT E**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,268,311

## United States Patent and Trademark Office

Registered Aug. 10, 1999

### TRADEMARK
#### PRINCIPAL REGISTER



WORLD GYM LICENSING, LTD. (CALIFOR-
NIA CORPORATION)
2210 MAIN STREET
SANTA MONICA, CA 90405

FOR: SHIRTS, SHORTS, PANTS, SWEAT
SUITS, JACKETS, HATS, GLOVES, IN CLASS
25 (U.S. CLS. 22 AND 39).
FIRST USE 2-0-1996; IN COMMERCE
2-0-1996.

OWNER OF U.S. REG. NOS. 1,354,193, 1,911,887
AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GYM", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-375,423, FILED 10-17-1997.

G. T. GLYNN, EXAMINING ATTORNEY

# **EXHIBIT F**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,499,267
Registered Oct. 23, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



WORLD GYM LICENSING, LTD. (CALIFORNIA CORPORATION)
2210 MAIN STREET
SANTA MONICA, CA 90405

FOR: FITNESS CENTER SERVICES, GYMNA-SIUM SERVICES, CONDUCTING SEMINARS ON FITNESS AND PROVIDING PERSONAL INSTRUC-TIONS ON EXERCISE AND PHYSICAL FITNESS BY MANNER OF INDIVIDUALIZED COURSES, CON-DUCTING BODYBUILDING EXHIBITIONS, CON-TESTS CONDUCTING EXERCISE CLASSES, CONDUCTING SEMINARS ON NUTRITION AND FITNESS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-0-1996; IN COMMERCE 2-0-1996.

OWNER OF U.S. REG. NOS. 1,354,193, 1,911,887 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GYM", APART FROM THE MARK AS SHOWN.

THE MARK COMPRISES THE WORDS "WORLD GYM" AND STYLIZED DESIGNS OF A GORILLA AND A GLOBE OF THE EARTH.

SER. NO. 75-366,522, FILED 10-1-1997.

G. T. GLYNN, EXAMINING ATTORNEY

**EXHIBIT G**

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| T.R. WORLD GYM-IP, LLC | | 12/30/2008 | LIMITED LIABILITY COMPANY: NEW HAMPSHIRE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | WORLD GYM INTERNATIONAL IP, LLC |
| Street Address: | 1901 AVENUE OF THE STARS STE 1100 |
| City: | LOS ANGELES |
| State/Country: | CALIFORNIA |
| Postal Code: | 90067 |
| Entity Type: | LIMITED LIABILITY COMPANY: DELAWARE |

**PROPERTY NUMBERS  Total: 13**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 77323564 | 1440 ALL AXCESS |
| Serial Number: | 77331655 | 1440 ALL AXCESS |
| Serial Number: | 77331631 | ALL AXCESS |
| Serial Number: | 77024020 | WORLD GYM |
| Serial Number: | 77331621 | W WORLD GYM 1440 ALL AXCESS |
| Registration Number: | 1911887 | WORLD |
| Registration Number: | 1791584 | WORLD GYM |
| Registration Number: | 2499267 | WORLD GYM |
| Registration Number: | 2268311 | WORLD GYM |
| Registration Number: | 1856427 | WORLD GYM FITNESS CENTERS |
| Registration Number: | 1354193 | WORLD GYM |
| Registration Number: | 1783000 | WORLD GYM |
| Registration Number: | 3351427 | AN INTELLIGENT APPROACH TO FITNESS |

OP $340.00  77323564

**TRADEMARK**

**CORRESPONDENCE DATA**

Fax Number:          (603)668-2970

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

Phone:               603-668-6560

Email:               jhobbs@gtpp.com

Correspondent Name:  Teresa C. Tucker

Address Line 1:      55 South Commercial St.

Address Line 4:      Manchester,  NEW HAMPSHIRE    03101

| ATTORNEY DOCKET NUMBER: | WGI003 |
|---|---|
| NAME OF SUBMITTER: | Teresa C. Tucker |
| Signature: | /tct/ |
| Date: | 01/14/2009 |

Total Attachments: 10
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page1.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page2.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page3.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page4.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page5.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page6.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page7.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page8.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page9.tif
source=TR World Gym-IP, LLC Assignment to World Gym Assignment#page10.tif

## ASSIGNMENTS OF INTANGIBLE ASSETS

THIS ASSIGNMENT OF INTANGIBLE ASSETS ("Assignment") is by and between World Gym International IP, LLC, a Delaware limited liability company (the "Assignee"), and T.R. World Gym - IP, LLC, New Hampshire limited liability company with its principal place of business at 113 Crosby Road, Unit 15, Dover, New Hampshire (the "Assignor").

WHEREAS, contemporaneous with the execution of this Assignment, Assignor and Assignee are executing an Asset Purchase Agreement to which this Assignment is referenced and attached;

WHEREAS, Assignor is the owner of all right, title and interest in and to the trademarks and the corresponding registrations and/or applications for registration set forth on Exhibit 1 (collectively, the "Trademarks"), together with the goodwill of the business connected with and symbolized by the Trademarks; and

WHEREAS, Assignee desires to acquire all right, title and interest in and to the Trademarks.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are acknowledged, the parties hereby agree as set forth below.

Assignor hereby sells, assigns, transfers and conveys to Assignee the entire right, title, interest in and to all of its intellectual property including without limitation its Trademarks in the United States and all jurisdictions outside the United States, together with the goodwill of the business connected with and symbolized by the Trademarks (including, without limitation, the right to renew any registrations included in the Trademarks, the right to apply for trademark registrations within or outside the United States based in whole or in part upon the Trademarks, and any priority right that may arise from the Trademarks), the same to be held and enjoyed by Assignee as fully and entirely as said interest could have been held and enjoyed by Assignor had this sale, assignment, transfer and conveyance not been made.

Assignor authorizes the Commissioner of Trademarks of the United States and other empowered officials of the United States Patent and Trademark Office and in any applicable jurisdictions outside the United States to record the transfer of the registrations and/or applications for registration set forth on Exhibit 1 to Assignee as assignee of Assignor's entire right, title and interest therein.  Assignor agrees to further execute any documents reasonably necessary to effect this assignment or to confirm Assignee's ownership of the Trademarks.

This Trademark Assignment Agreement may be executed by the parties hereto in separate counterparts, each of which when so executed and delivered shall be an original, but all such counterparts taken together shall constitute one and the same instrument.  Each counterpart may be delivered by facsimile transmission, which transmission shall be deemed delivery of an originally executed document.

**TRADEMARK**

IN WITNESS WHEREOF, the parties hereto have executed this Trademark Assignment Agreement in their respective names by their respective duly authorized officers on the date first above written.

ASSIGNOR

By:    Marc Grondahl
Title:  Manager

STATE OF NEW HAMPSHIRE          :
                                :
COUNTY OF STRAFFORD             :


On this 30th day of December, 2008, before me, a Notary Public in and for the State and County aforesaid, personally appeared Marc Grondahl, known by me to be the person of the above name, duly authorized to execute this Assignment on behalf of T.R World Gym – IP, LLC. and who signed and executed the foregoing instrument on behalf of T.R. World Gym – IP, LLC.

        Given under my hand and seal of office this 30th day of December, 2008.

                                My commission expires:

                                3 - 04 - 2009

                                Cynthia Nix
                                Notary Public
                                2 Hoyt Pond Rd.
                                Madbury, NH 03823
                                Address


ASSIGNEE

World Gym International IP, LLC

By: Joyce J. Cammilleri
Title: Manager

STATE OF CALIFORNIA             :
                                :
COUNTY OF Los Angeles           :


04023:00002:37796.2

**TRADEMARK**

On this _30_ day of December, 2008, before me, a Notary Public in and for the State and County aforesaid, personally appeared _JOYCE J. CAMMILLERI_ known by me to be the person of the above name and an officer of _WORLD GYM INTE. IP LLC_, duly authorized to execute this Assignment on behalf of _WORLD GYM INTE. IP LLC_, and who signed and executed the foregoing instrument on behalf of _WORLD GYM INTE. IP LLC_

Given under my hand and seal of office this _30_ day of _DEC._, 2008.

My commission expires:

_01-02-2012_

_[signature]_
Notary Public

_122A E. FOOTHILL BLVD ARCADIA   CA 91006_
Address

J. GUADALUPE LOPEZ
Commission # 1785509
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2012

04023\00002\37796.2

**TRADEMARK**

Exhibit 1 to Assignment of Intangible Assets

| Trademark | Country | Status | Application / Registration Date | Application/ Registration No. |
|---|---|---|---|---|
| 1440 ALL AXCESS | United States | Published | 07-Nov-2007 | 77/323,564 |
| 1440 ALL AXCESS, stylized | United States | Published | 16-Nov-2007 | 77/331,655 |
| ALL AXCESS | United States | Published | 16-Nov-2007 | 77/331,631 |
| AN INTELLIGENT APPROACH TO FITNESS | United States | Registered | 11-Dec-2007 | 3,351,427 |
| W - WORLD GYM LOGO | Australia | Registered | 20-Nov-2006 | 909942 |
| W - WORLD GYM LOGO (class 16) | Barbados | Pending | 16-Jan-2007 | |
| W - WORLD GYM LOGO (class 25) | Barbados | Pending | 16-Jan-2007 | |
| W - WORLD GYM LOGO (class 41) | Barbados | Pending | 16-Jan-2007 | |
| W - WORLD GYM LOGO | Brazil | Pending | 15-Jan-2007 | 828,930,996 |
| W - WORLD GYM LOGO (class 16) | Brazil | Pending | 15-Jan-2007 | 828,931,003 |
| W - WORLD GYM LOGO (class 25) | Brazil | Pending | 15-Jan-2007 | 828,930,988 |
| W - WORLD GYM LOGO | Canada | Pending | 09-Jan-2007 | 1,330,702 |
| W - WORLD GYM LOGO | China (Peoples Republic) | Registered | 20-Nov-2006 | 909942 |
| W - WORLD GYM LOGO (class 16) | Costa Rica | Pending | 29-Nov-2006 | 2006-11121 |
| W - WORLD GYM LOGO (class 41) | Costa Rica | Pending | 29-Nov-2006 | 2006-11119 |
| W - WORLD GYM LOGO (class 25) | Costa Rica | Pending | 29-Nov-2006 | 2006-11120 |

TRADEMARK

Exhibit 1 to Assignment of Intangible Assets

| Trademark | Country | Status | Application / Registration Date | Application/ Registration No. |
|---|---|---|---|---|
| W - WORLD GYM LOGO (class 25) | Egypt | Pending | 10-Oct-2007 | 207872 |
| W - WORLD GYM LOGO (class 41) | Egypt | Pending | 10-Oct-2007 | 207873 |
| W - WORLD GYM LOGO (class 16) | Egypt | Pending | 10-Oct-2007 | 207871 |
| W - WORLD GYM LOGO (class 41) | El Salvador | Registered | 01-Oct-2008 | 18 |
| W - WORLD GYM LOGO (class 25) | El Salvador | Registered | 29-Oct-2008 | 57 |
| W - WORLD GYM LOGO (class 16) | El Salvador | Pending | 29-Nov-2006 | 2006-063122 |
| W - WORLD GYM LOGO | European Community (CTM) | Published | 20-Nov-2006 | A0006473 |
| W - WORLD GYM LOGO (class 16) | Guatemala | Registered | 05-March-2008 | 155,205 |
| W - WORLD GYM LOGO (class 41) | Guatemala | Registered | 12-March-2008 | 155,442 |
| W - WORLD GYM LOGO (class 25) | Guatemala | Registered | 07-Nov-2007 | 153,092 |
| W - WORLD GYM LOGO | India | Pending | 01-Dec-2006 | 1509487 |
| W - WORLD GYM LOGO | Madrid Protocol (International Registration) | Registered | 20-Nov-2006 | 909942 |
| W - WORLD GYM LOGO | Republic of Korea | Pending | 20-Nov-2006 | A0006473 |
| W - WORLD GYM LOGO (class 41) | Mexico | Registered | 29-Aug-2008 | 1057776 |
| W - WORLD GYM LOGO (class 25) | Mexico | Registered |  | 1065511 |
| W - WORLD GYM LOGO (class 16) | Mexico | Registered | 22-Jun-2007 | 988968 |
| W - WORLD GYM LOGO | Norway | Registered | 31-Aug-2007 | 909942 |
| W - WORLD GYM | Pakistan | Pending | 11-May-2007 | 236213 |

**TRADEMARK**

Exhibit 1 to Assignment of Intangible Assets

| Trademark | Country | Status | Application / Registration Date | Application/ Registration No. |
|---|---|---|---|---|
| LOGO (class 25) | | | | |
| W - WORLD GYM LOGO (class 41) | Pakistan | Pending | 11-May-2007 | 236214 |
| W - WORLD GYM LOGO (class 16) | Pakistan | Pending | 11-May-2007 | 236212 |
| W - WORLD GYM LOGO | Russia | Pending | 20-Nov-2006 | A0006473 |
| W - WORLD GYM LOGO | Switzerland | Pending | 20-Nov-2006 | A0006473 |
| W - WORLD GYM LOGO | Taiwan | Registered | 21-Nov-2006 | 1283145 |
| W - WORLD GYM LOGO | Trinidad & Tobago | Pending | 13-Dec-2006 | 38,062 |
| W - WORLD GYM LOGO (class 25) | United Arab Emirates | Published | 28-March-2007 | 92,339 |
| W - WORLD GYM LOGO (class 41) | United Arab Emirates | Pending | 28-March-2007 | 92,340 |
| W - WORLD GYM LOGO (class 16) | United Arab Emirates | Published | 28-March-2007 | 92,338 |
| W - WORLD GYM LOGO | United States | Published | 18-Oct-2006 | 77/024,020 |
| W WORLD GYM 1440 ALL AXCESS, plus design | United States | Published | 16-Nov-2007 | 77/331,621 |
| WORLD | United States | Registered | 15-August-1995 | 1,911,887 |
| WORLD GYM | Canada | Registered | 28-June-1985 | TMA304250 |
| WORLD GYM | Canada | Registered | 16-March-1990 | TMA366900 |
| WORLD GYM (class 41) | South Africa | Registered | 09-March-1999 | 96/3573 |
| WORLD GYM (class 35) | South Africa | Registered | 09-March-1999 | 96/3572 |
| WORLD GYM (class 25) | South Africa | Registered | 18-May-1988 | 86/6718 |
| WORLD GYM | Taiwan | Registered | 16-April-2002 | 163070 |
| WORLD GYM | United States | Registered | 07-September-1993 | 1,791,584 |
| WORLD GYM APE LOGO | Canada | Registered | 02-July-2006 | TMA496875 |
| WORLD GYM APE LOGO | China | Registered | 20-June-2002 | 1794306 |
| WORLD GYM APE LOGO | European Community (CTM) | Registered | 16-August-1999 | 133496 |

TRADEMARK

Exhibit 1 to Assignment of Intangible Assets

| Trademark | Country | Status | Application / Registration Date | Application/ Registration No. |
|---|---|---|---|---|
| **WORLD GYM APE LOGO** | Germany | Registered | 06-August-1982 | 39832441 |
| **WORLD GYM APE LOGO** | India | Registered | 26-November-1997 | 779701 |
| **WORLD GYM APE LOGO** | Indonesia | Registered | 29-January-1996 | 380174 |
| **WORLD GYM APE LOGO** | Qatar | Registered | 15-June-2008 | 18845 |
| **WORLD GYM APE LOGO** | United Arab Emirates | Registered | 25-May-2007 | 80519 |
| **WORLD GYM APE LOGO (class 41)** | United States | Registered | 23-October-2001 | 2,499,267 |
| **WORLD GYM APE LOGO (class 25)** | United States | Registered | 10-August-1999 | 2,268,311 |
| **WORLD GYM FITNESS CENTER LOGO** | Argentina | Registered | 15-July-1998 | 1,674,648 |
| **WORLD GYM FITNESS CENTER LOGO** | Bolivia | Registered | 20-February-2004 | 92304-C |
| **WORLD GYM FITNESS CENTER LOGO** | Brazil | Registered | 25-August-1998 | 819,010, 278 |
| **WORLD GYM FITNESS CENTER LOGO** | Hong Kong | Registered | 24-January-1997 | B940/1997 |
| **WORLD GYM FITNESS CENTER LOGO** | Indonesia | Registered | 04-August-1997 | 377630 |
| **WORLD GYM FITNESS CENTER LOGO** | Mexico | Registered | | 620521 |
| **WORLD GYM FITNESS CENTER LOGO** | Peru | Registered | 22-January-2004 | 034248 |
| **WORLD GYM FITNESS CENTER LOGO** | Singapore | Registered | 27-September-1994 | T9408364C |
| **WORLD GYM FITNESS CENTER LOGO** | United States | Registered | 27-September-1994 | 1,856,427 |
| **WORLD GYM FITNESS CENTER, plus design** | Mexico | Registered | 16-December-1999 | 644943 |
| **WORLD GYM, plus** | Argentina | Registered | 15-July-1998 | 1,674,649 |

**TRADEMARK**

Exhibit 1 to Assignment of Intangible Assets

| Trademark | Country | Status | Application / Registration Date | Application/ Registration No. |
|---|---|---|---|---|
| design | | | | |
| WORLD GYM, plus design | Australia | Registered | 07-December-1988 | 501,005 |
| WORLD GYM, plus design (class 28) | Australia | Registered | 07-December-1988 | 501,006 |
| WORLD GYM, plus design (class 25) | Australia | Registered | 07-December-1988 | 501,007 |
| WORLD GYM, plus design | Benelux | Registered | 18-January-1996 | 586330 |
| WORLD GYM, plus design | Benelux | Registered | 10-September-1986 | 422097 |
| WORLD GYM, plus design (class 25) | Bolivia | Registered | 20-February-2004 | 93203-C |
| WORLD GYM, plus design (class 41) | Bolivia | Registered | 20-February-2004 | 93204-C |
| WORLD GYM, plus design | Brazil | Registered | 18-April-2006 | 822,566,982 |
| WORLD GYM, plus design | Canada | Registered | 18-May-1990 | TMA368794 |
| WORLD GYM, plus design (Classes25&41) | China (Peoples Republic) | Pending | 02-September-2005 | 4873822 |
| WORLD GYM, plus design (Class 41) | China (Peoples Republic) | Pending | 02-September-2005 | 4873823 |
| WORLD GYM, plus design (Class 41) | China (Peoples Republic) | Registered | 21-June-2002 | 1794306 |
| WORLD GYM, plus design  (class 41) | Egypt | Registered | 14-July-2002 | 123276 |
| WORLD GYM, plus design  (class 25) | Egypt | Registered | 1-July-2002 | 123275 |
| WORLD GYM, plus design | El Salvador | Registered | 09-August-2000 | 00038 |
| WORLD GYM, plus design | European Community (CTM) | Registered | 01-April-2006 | 133496 |
| WORLD GYM, plus design (class 41) | Germany | Registered | 01-March-1982 | 1,029,941 |
| WORLD GYM, plus design (class 28) | Germany | Registered | 27-May-1989 | 1,147,154 |
| WORLD GYM, plus design (class 41) | Germany | Registered | 16-August-1989 | 1,183,199 |

TRADEMARK

Exhibit 1 to Assignment of Intangible Assets

| Trademark | Country | Status | Application / Registration Date | Application/ Registration No. |
|---|---|---|---|---|
| WORLD GYM, plus design | Guatemala | Registered | 21-June-2001 | 111227 |
| WORLD GYM, plus design | Hong Kong | Registered | 13-November-1996 | B10317/1996 |
| WORLD GYM, plus design | India | Pending | 18-July-2006 | 1470937 |
| WORLD GYM, plus design (class 41) | Japan | Registered | 22-November-2002 | 4,624,140 |
| WORLD GYM, plus design (class 24) | Japan | Registered | 25-December-1989 | 2,196,380 |
| WORLD GYM, plus design (class 25) | Japan | Registered | 31-May-1991 | 2,308,669 |
| WORLD GYM, plus design (class 25) | Japan | Registered | 30-September-1994 | 2,696,053 |
| WORLD GYM, plus design (class 25) | Japan | Registered | 31-July-1994 | 2,709,036 |
| WORLD GYM, plus design (class 41) | China (Peoples Republic) | Registered | 02-June-2004 | 0101502 |
| WORLD GYM, plus design | Peru | Registered | 10-September-1998 | 048588 |
| WORLD GYM, plus design | Romania | Registered | 13-January-1999 | 40322 |
| WORLD GYM, plus design | Russia | Registered | 14-June-2002 | 214687 |
| WORLD GYM, plus design (class ?) | Sweden | Registered | 11-August-1999 | 214451 |
| WORLD GYM, plus design (class ?) | Sweden | Registered | 11-December-2001 | 179320 |
| WORLD GYM, plus design (class ?) | Sweden | Registered | 16-December-1998 | 212689 |
| WORLD GYM, plus design | Switzerland | Registered | 20-October-1989 | 379808 |
| WORLD GYM, plus design | Taiwan | Registered | 15-June-2002 | 1002753 |
| WORLD GYM, plus design (class 5) | Thailand | Registered | 03-December-2002 | 14899 |
| WORLD GYM, plus design (class16) | Thailand | Registered | 03-December-2002 | 11731 |
| WORLD GYM, plus design | Trinidad & Tobago | Registered | 12-June-2008 | 37578 |

**TRADEMARK**

Exhibit 1 to Assignment of Intangible Assets

| Trademark | Country | Status | Application / Registration Date | Application/ Registration No. |
|---|---|---|---|---|
| **WORLD GYM, plus design (class 41)** | United Kingdom | Registered | 13-November-1995 | 1584450 |
| **WORLD GYM, plus design (class 28)** | United Kingdom | Registered | 13-April-2007 | 2435302 |
| **WORLD GYM, plus design (class 25)** | United States | Registered | 13-August-1985 | 1,354,193 |
| **WORLD GYM, plus design (class 41)** | United States | Registered | 20-July-1993 | 1,783,000 |
| **WORLD GYM, plus design** | Venezuela | Registered | 09-February-2005 | P-259057 |

TRADEMARK

# **EXHIBIT H**

Phone **404-361-1858**

ABOUT US | CONTACT US | MUSCLE WORLD STORE | ZUMBA CLASSES | EVENTS | GALLERY | DIRECTIONS

## Welcome

Muscle World Gym is your full service gym serving Clayton, Fulton and surrounding counties. Our gym has that hometown atmosphere, where everyone is committed to your success and knows your name. Our team of personal trainers has over 20 years of personal experience in bodybuilding and fitness development.

Muscle World Gym is very diverse from your beginners to your hardcore lifter. We train and consult both non-competitive and competitive athletes helping them to achieve their maximum in order to their potential.

We offer personal training, circuit training, boot camps, MMA (fight fitness), Zumba, Fitness classes, and Zumbatonic, cardio and fitness classes, which co along with our Cardio and Strength training equipment

Our Purpose
To provide effective hands on training, attach enough in every type of resistance and exercise, by utilizing our background with our on-going study of the latest research

Our Mission
To get everyone exercising at all levels of ability and all ages.

Our Philosophy
A body of one committed to caring for and ministering to their body, spiritually, personally, and mentally through Christ
1 Corinthians 12:12

**Come see and feel the difference!**

Gym Inc
4912 Jonesboro Rd
Forest Park,
GA 30297
866-941-2278

MUSCLE WORLD GYM

MuscleWorldGyms.com © 2011

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV13- 282 RSWL (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
FAYER GIPSON LLP
Elliot B. Gipson (SBN 234020)
EGipson@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, CA 90067 (310) 557-3558

ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WORLD GYM INTERNATIONAL IP, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV13-00282 RSML (AGRx) |
| v. | |
| MUSCLE WORLD GYM-FOREST PARK, GA., LLC; ELISA REECE; and DOES 1-10, inclusive, *See attached* DEFENDANT(S). | **SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Elliot B. Gipson_____, whose address is _2029 Century Park East, Suite 3535, Los Angeles, California 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JAN 14 2013

Clerk, U.S. District Court

Dated: _____

By: _____
        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

FAYER GIPSON LLP
A Limited Liability Partnership
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@fayergipson.com
GREGORY A. FAYER (State Bar No. 232303)
GFayer@fayergipson.com
MINH Z. KUO (State Bar No. 287489)
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: (310) 557-3558
Facsimile: (310) 557-3589

COPY

Attorneys for Plaintiff
WORLD GYM INTERNATIONAL IP, LLC,
A Delaware limited liability company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD GYM INTERNATIONAL IP, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>MUSCLE WORLD GYM-FOREST PARK, GA., LLC, a Georgia Limited Liability Company; ELISA REECE, a Natural Person; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT 15 U.S.C. § 1114(1)(A);FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(A)); AND TRADEMARK DILUTION (15 U.S.C. § 1125(C))**<br><br>**DEMAND FOR JURY TRIAL** |

FAYER GIPSON LLP
A Limited Liability Partnership

**COMPLAINT**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| WORLD GYM INTERNATIONAL IP, LLC | MUSCLE WORLD GYM-FOREST PARK, GA, LLC, ELISA REECE; and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) FAYER GIPSON LLP, Elliot B. Gipson, 2029 Century Park East Suite 3535, Los Angeles, California 90067 (310) 557-3558 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ at least $75,000; injunctive relief

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1114(1)(A) Trademark Infringement; 15 U.S.C. 1125(A) False Designation of Origin; 15 U.S.C. 1125(C) Trademark Dilution

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: CV13-00282

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): CV 13 - 280 ABC (RZ)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☑ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff World Gym International IP, LLC - Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Defendant Muscle World Gym-Forest Park, Ga., LLC - Georgia<br>Defendant Elisa Reece - Georgia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** [signature] Date 1/14/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |